

**Chambers of**
**Frank D. Whitney**
**U. S. District Judge**

Phone: 704-350-7480



August 6, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SUBJECT: Letter Amendment to 2006 and 2007 Financial Disclosure Report

Dear Members of the Committee,

I would like to amend my 2006 and 2007 Financial Disclosure Report to include the fact that I joined the Board of Directors of two non-profit entities as well as became an Advisory Member of the Ethics Committee of the North Carolina State Bar. In preparing my 2008 Report, I discovered my mistakes. I had incorrectly presumed that, since the two non-profit organizations were charitable in nature, they fell under the social entity exception (section 102(a)(6)(A)) so I did not disclose them previously. I also incorrectly presumed that I did not need to disclose the State Bar Ethics Committee because it is a quasi-governmental entity; I now recognize that the governmental exception only applies to the United States government.

First, late in 2006, I became a judicial representative to the Board of Directors of Legal Services of Southern Piedmont, Inc., an IRC § 501(c)(3) organization. I was in that position in 2007 as well as 2008. The organization provides legal assistance to low income persons in the region. I neither practice law nor provide any legal assistance. I am not involved in fund-raising nor do I take any public position on anything that could negatively impact on the judiciary.

Second, also late in 2006, I became a board member of the Board of Directors of Festival in the Park, Inc., an IRC § 501(c)(3) charitable arts and crafts organization which sponsors an annual arts festival in a public park. I continued on that Board in 2007 and 2008. I do not do any fund-raising for that organization nor do I give or provide it any legal advise.

Finally in 2007, I became an Advisory Member of the Ethics Committee of the North Carolina State Bar. As a member of the Ethics Committee, I assist in the reviewing and updating of

**Whitney, Frank D**

the rules of professional conduct which govern attorneys licensed to practice generally in the State of North Carolina as well as specifically in my district, the Western District of North Carolina.

I am not compensated by any of the three organizations.

If you have any questions, please feel free to contact me at the above address or telephone number.

Thank you very much.

Sincerely

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitney, Frank D. | 2. Court or Organization<br><br>District Court - WDNC | 3. Date of Report<br><br>_ 8/6/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Charles R. Jonas Federal Bldg<br>401 W. Trade St., Room 195<br>Charlotte, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Whitney Properties LLC |
| 2. Power of Attorney | ▬▬▬ #1 |
| 3. Executor | Estate #1 |
| 4. Trustee | Trust #1 |
| 5. Administrator | Estate #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 AUG 10 A 10: 10
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Whitney, Frank D. | · | 8/6/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed kitchen designer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Foundation for Research on Economics & the Environment | 08/10/09 - 08/14/09 | Gallatin Gateway, Montana | Conference Nat Sec Law | Travel, room & board |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 8/6/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Loan on Rental Property #1, Davidson, NC (Part VII, Line 1) | K |
| 2. Bank of America | Loan on Rental Property #1, Charlotte, NC (Part VII, Line 2) | None |
| 3. Bank of America | Loan on Rental Property #1, Sunset Beach, NC (Part VII, Line 4) | N |
| 4. Heirs of Joe B. Spivey and Leola F. Spivey | Loan on Rental Property #2 & #3, Sunset Beach, NC (Part VII, Lines 5 & 6) | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 8/6/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Davidson, NC | D | Rent | N | W | | | | | |
| 2. Rental Property #1, Charlotte, NC | D | Rent | | | Sold | 7/08 | N | G | BC Rachel Street LLC |
| 3. Whitney Properties, LLC: | | None | O | W | | | | | |
| 4. - Rental Property #1, Sunset Beach, NC | E | Rent | P1 | W | | | | | |
| 5. - Rental Propety #2, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 6. - Rental Property #3, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 7. - Bank of America business accounts (Whitney Prop LLC) | A | Interest | K | T | | | | | |
| 8. Carolina Panthers Permanent Seat License | | None | J | W | | | | | |
| 9. Co-author book, Lexis-Nexis, Newark, NJ (no inc since2002) | | None | J | W | | | | | |
| 10. Banc of Amerca Investment Security Money Manager Account | A | Interest | J | T | | | | | |
| 11. Bank of America savings/checking accts -in c▮▮▮▮▮▮▮▮#1 | A | Interest | L | T | | | | | |
| 12. Belk Corp Common Stock, Charlotte, NC | A | Dividend | J | W | | | | | |
| 13. BB&T Equty Index Fund | B | Dividend | K | T | | | | | |
| 14. BB&T Prime Fund | A | Interest | J | T | | | | | |
| 15. United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 16. Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 17. Standard & Poors DEP RCPTS (SPY) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 8/6/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US Payroll Savings Bonds | | None | J | T | | | | | |
| 19. Promissory Note Payable from Paul Citron | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I.  5. Board Member               Festival in the Park, Inc (IRC 501(c)(3))
     6. Judicial Representative to Board      Legal Services of Southern Piedmont, Inc. (IRC 501(c)(3))
     7. Council Member             Government and Public Sector Section of the North Carolina Bar Association
     8. Advisory Member          North Carolina State Bar Ethics Committee
     9. Committee Member         Student Affairs Committee, UNC School of Law

VII.    Investments and Trusts Continued

| A | B1 | B2 | C1 | C2 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|---|---|---|---|
| 20. Trust #1: | | | | | | | | |
| 21. - Standard & Poors DEP RCPTS (SPY) | A | Dividend | L | F | | | | |
| 22. - Bank of America Trust Checking Acc | A | None | J | T | Closed | 6/08 | J | |
| 23. Bank of America Power of Attorney Fiduciary Checking Account for ███ for VA Pension | A | None | J | T | Opened as fiduciary | 11/08 | J | |
| 24. Estate #1 | | | | | (No assets held in 2008 because all assets distributed to ███ in 2007; estate closed) | | | |
| 25. Estate #2 | | | | | (No assets held in 2008; ███ passed away 03/09; became administrator in 04/09) | | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF........................TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544